**Opinion issued November 13, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00712-CV

————————————

**SUN9028, INC., Appellant**

**V.**

**DUN HUANG PLAZA ASSOCIATION, INC., SIU HONG CHEUNG, THOMAS TAT, QIAO LI, MAY WU, GRACE SHIEH, HELEN GO, DAVID CHEN, ALWIN CHO, AND YING CHI LEUNG, Appellees**

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Case No. 2017-72262**

---

## MEMORANDUM OPINION

Appellant, Sun9028, Inc., filed a notice of appeal from the trial court's August 22, 2024 final judgment in favor of appellees, Dun Huang Plaza Association, Inc., Siu Hong Cheung, Qiao Li, Thomas Tat, Ying Chi Leung, Alwin Cho, Helen Go,

David Chen, Mary Wu, and Grace Shieh. On October 14, 2025, the parties jointly filed an "Second Amended Agreed Motion to Dismiss." In their motion to dismiss, the parties stated that a "global settlement [was] reached between the [p]arties on September 19, 2025" in the underlying trial court cause. The parties therefore requested that the Court dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.1(a)(2)(A). *See* TEX. R. APP. P. 42.1(a)(2)(A) (allowing appellate court to dispose of appeal and "render judgment effectuating" agreement of parties). The parties further stated that "[e]ach party will bear its own costs." *See* TEX. R. APP. P. 42.1(d).

No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(2), (c). The motion to dismiss is signed by counsel for appellant and appellees.

Accordingly, we grant the parties' motion, vacate the trial court's judgment, and dismiss the case. *See* TEX. R. APP. P. 43.2(e). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Guiney, and Johnson.